UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE BEAVERS,<br><br>          Plaintiff,<br><br>   v.<br><br>OFFICER HOSEY,<br><br>          Defendant. | Case No. 1:21-cv-00650-HBK (PC)<br><br>ORDER SETTING DEADLINES |

On August 4, 2025, the parties participated in a settlement conference which resulted in an impasse. (Doc. No. 65). The Court had previously stayed certain deadlines considering the settlement conference. (Doc. Nos. 58, 63). Given the impasse, the Court rests these deadlines.

Accordingly, it is now **ORDERED**:

1. The parties shall telephonically meet and confer in good faith to attempt to resolve the outstanding discovery dispute set forth in Plaintiff's Motion to Compel (Doc. No. 55) no later than August 29, 2025.

2. If the parties resolve the discovery disputes, they shall promptly file a notice with the Court.

3. If the parties are not able to resolve their discovery dispute, they shall file a joint statement, not to exceed six pages (three pages per party), outlining which items of discovery remain in dispute no later than September 15, 2025. Not more than six

1    pages in exhibits (three pages per party) may be attached to the joint statement.

2    4. Upon review of the joint statement, the Court, will schedule this matter for a
3       telephonic hearing on the discovery dispute if necessary.
4    5. The deadline to file pre-trial dispositive motions is November 7, 2025. The deadline to
5       file oppositions to dispositive motions, including motions for summary judgment, is
6       thirty-five (35) days from the date the motion is filed on CM/ECF. The deadline to file
7       replies to oppositions is fourteen (14) days from the date the opposition is filed on
8       CM/ECF.

Dated:     August 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2