UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE BEAVERS,<br><br>           Plaintiff,<br><br>     v.<br><br>OFFICER HOSEY,<br><br>           Defendant. | Case No.  1:21-cv-00650-HBK<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER DEADLINES<br><br>(Doc. No.  77) |

On December 9, 2025, Defendant filed a motion to modify discovery and scheduling order deadlines. (Doc. No. 77). Defendant points out that its opposition deadline to Plaintiff's pending motion for reconsideration and the current dispositive motion deadline both fall on December 15, 2025. (*Id.* at 3:8-14). Any reply by Plaintiff in support of his motion for reconsideration is due fourteen (14) days thereafter. Local Rule 230(l). Because discovery remains unsettled, Defendant requests a thirty-day extension to the dispositive motion deadline to January 14, 2026; or, in the alternative, thirty days after the entry of a final order on Plaintiff's motion for reconsideration. (Doc. No. 77 at 3). The Court finds good cause to grant an extension to the dispositive motion deadline. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED**:

1. Defendant's motion to extend the dispositive motion deadline (Doc. No. 77) is GRANTED to the extent set forth herein.

2. The deadline for the parties to file dispositive motions shall be thirty (30) days after the Court enters a final order on Plaintiff's motion for reconsideration.

Dated:    December 12, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE