UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY LEE BEAVERS,

             Plaintiff,

      v.

OFFICER HOSEY,

             Defendant.

Case No.  1:21-cv-00650-HBK

ORDER DISREGARDING PLAINTIFF'S OBJECTIONS

(Doc. 81)

On February 12, 2026, Plaintiff filed a document titled "Objections to Magistrate's Denial of Reconsideration." (Doc. 78).  Therein, Plaintiff states he did not receive Defendant's Opposition to Plaintiff's Motion for Reconsideration and requests the Court to provide a copy of Defendant's Opposition to him. (*Id.*).  On February 26, 2026, the Clerk filed Plaintiff's letter regarding his Objections, in which he states he did receive Defendant's Opposition but inadvertently placed the Opposition in a file for a different case without opening them. (Doc. 82).

Accordingly, it is **ORDERED**:

The Court deems Plaintiff's Objections (Doc. 81) withdrawn.

Dated:   __March 3, 2026__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE